1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: STATIC RANDOM ACCESS (SRAM)          No. M 07-1819 CW
ANTITRUST LITIGATION
                                            (MDL No. 1819)
_____

This Order Relates to All Cases              ADMINISTRATIVE
Listed on Attachment A                       ORDER

_____/

        The Judicial Panel on Multidistrict Litigation ("the Panel")
has transferred to this Court for coordinated or consolidated
pretrial proceedings certain actions relating to an alleged
conspiracy to fix the price of Static Random Access Memory, which
is often referred to as "SRAM" (MDL 1819).   The cases listed on
Attachment A were filed in the Northern District of California and
related to C-06-6491 CW, Dataplex, Inc. v. Alliance Semiconductor,
et al., the underlying case in MDL 1819.   These actions involve
questions of fact that are common to the actions transferred under
28 U.S.C. § 1407 to the Northern District of California.   The Clerk
in the Northern District of California has established M-07-1819
CW, In Re Static Random Access Memory (SRAM) Antitrust Litigation,
as the Master Docket for all SRAM litigation cases.   Accordingly,
        IT IS HEREBY ORDERED that all cases listed on Attachment A

1    shall be included in Master Docket M-07-1819 CW, <u>In re Static</u>

2    <u>Random Access Memory (SRAM) Antitrust Litigation</u>, for coordinated

3    or consolidated pretrial proceedings.  **All pleadings relating to**

4    **two or more actions shall be filed in the Master Docket.  If a**

5    **pleading relates to a single action, the pleading shall be filed in**

6    **the individual action.**  For subsequent cases filed in the Northern

7    District of California, an Administrative Motion to Consider

8    Whether Cases Should Be Related shall be filed in C-06-6491 CW,

9    <u>Dataplex, Inc. v. Alliance Semiconductor, et al.</u>  Upon the Court

10   relating the subsequent cases, they shall automatically be included

11   on the Master Docket.

13        4/25/07

14   Dated _____        _____

15                                          CLAUDIA WILKEN
                                            United States District Judge

**United States District Court**
For the Northern District of California

1

2                                    **ATTACHMENT A**

3
4-06-6541    Madsen, et al. v. Samsung Electronics, et al.,
4   4-06-6542    Maites, et al. v. Samsung Electronics, et al.,
    4-06-6652    Westell Technologies v. Alliance Semiconductor, et al.
5   4-06-6663    Takeda v. Alliance Semiconductor, et al.
    4-06-6668    Juskiewicz v. Samsung Electronics, et al.
6   4-06-6698    Chip-Tech, Ltd. v. Cypress Semiconductor, et al.
    4-06-6770    Ayers, et al. v. Samsung Electronics, et al.
7   4-06-7006    Thompson, et al. v. Alliance Semiconductor, et al.
    4-06-7007    Stargate Films, Inc. v. Alliance Semiconductor, et al.
8   4-06-7194    Katz v. Samsung Electronics, et al.
    4-06-7428    Markey v. Alliance Semiconductor, et al.
9   4-06-7637    Telular Corp. v. Alliance Semiconductor, et al.
    4-06-7731    Reedy v. Cypress Semiconductor, et al.
10  4-06-7851    Autotime Corp. v. Samsung Electronics, et al.
    4-06-7950    Greenwell, et al. v. Alliance Semiconductor, et al.
11  4-07-0228    Ralik v. Cypress Semiconductor, et al.
    4-07-0509    Baranic v. Samsung Electronics, et al.
12  4-07-0916    Barnes v. Alliance Semiconductor, et al.
    4-07-0918    Perez v. Alliance Semiconductor, et al.
13  4-07-0949    Koch v. Samsung Electronics, et al.
    4-07-0950    Hochstein v. Samsung Electronics, et al.
14  4-07-0969    Kreitzer, et al. v. Cypress Semiconductor, et al.
    4-07-0993    Salzman, et al. v. Cypress Semiconductor, et al.
15  4-07-1037    Berezin v. Alliance Semiconductor, et al.

16

17

18

19

20

21

22

23

24

25

26

27

28                                        3

**United States District Court**
For the Northern District of California